**Dina L. Anderson**
**Chapter 7 Trustee**
21001 N. Tatum Blvd, #1630
Mail Box 608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Hector M. Chacon | ) | Case No. 11-00544-DPC |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| Debtor | ) | TO ABANDON PROPERTY |
| | ) | |

NOTICE IS GIVEN that Dina L. Anderson, Chapter 7 Trustee, proposes to abandon the following described property pursuant to 11 U.S.C. § 554 on the grounds that it is burdensome and/or of inconsequential value to the estate:

**Cash in the amount of $2,631.56**

Trustee has made several attempts to contact each and every creditor listed in Debtor's schedules to inquire whether the creditors would be filing proofs of claim. Trustee's requests went unanswered.

Pursuant to Local Rule 6007-1, any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of service of this notice. The objection shall be filed with the U.S. Bankruptcy Court, District of Arizona, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706 and mailed to the Trustee, Dina L. Anderson, at 21001 N. Tatum Blvd, #1630, Mail Box 608, Phoenix, AZ, 85050.

If a party in interest timely objects to this abandonment notice in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

Dated: July 22, 2013
*/s/ Dina L. Anderson*
Chapter 7 Trustee

**To be mailed by the Bankruptcy Noticing Center to all creditors and parties in interest on the master mailing list.**